UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LUZ J. GOMEZ,

    Petitioner,

v.

JACK KOWALSKI,

    Respondent.
_____/

Case No. 2:19-cv-40

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.


Dated: March 29, 2019                               /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge